## Commonwealth *v.* Hines, Appellant.

Before CLARKE, J., without a jury.

Argued November 13, 1974. *A. Nowlis,* with him *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Horton, Appellant.

Before MUNSON, J.

Argued November 14, 1974. *Simon B. John,* Assistant Public Defender, for appellant; *John R. Hoye, Jr.,* Assistant District Attorney, with him *L. D. McDaniel,* Acting District Attorney, and *Conrad B. Capuzzi,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.